Stephanie R. Tatar (237792)
TATAR LAW FIRM, A.P.C.
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@TheTatarLawFirm.com

*Attorney for Plaintiff Rafael Rodriguez*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAFAEL RODRIGUEZ**<br><br>     **Plaintiff,**<br><br>v.<br><br>**CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC**<br><br>     **Defendant.** | Civil Action No.   8:20-cv-357<br><br>**COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT**<br><br>**DEMAND FOR JURY TRIAL** |

## **PRELIMINARY STATEMENT**

1. This is an action for damages brought by an individual consumer against the Defendant for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681 *et seq.*, *as amended*.

## PARTIES

2.  Plaintiff, Rafael Rodriguez, is an adult individual who resides in the State of Florida.

3.  Defendant Corelogic Rental Property Solutions, LLC (hereafter "Corelogic") is a business entity that regularly conducts business in the Central District of California and has a principal place of business located at 40 Pacifica Suite 900, Irvine, CA 92618.

## JURISDICTION AND VENUE

4.  Jurisdiction of this Court arises under 15 U.S.C. §1681p and 28 U.S.C. § 1331.

5.  Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b).

## STATEMENT OF FACTS

6.  Defendant has been reporting derogatory and inaccurate statements and information relating to Plaintiff and Plaintiff's background to third parties (hereafter the "inaccurate information").

7.  Specifically, the inaccurate information includes, but is not limited to, an inaccurate felony conviction and misdemeanor, which do not belong to Plaintiff,

but instead belongs to another individual with the same or similar name as Plaintiff's.

8. The inaccurate information negatively reflects upon the Plaintiff and misidentified Plaintiff as an individual with a felony conviction and misdemeanor.

9. Defendant has been reporting the inaccurate information through the issuance of false and inaccurate background information and consumer reports that it has disseminated to various persons and prospective landlords, both known and unknown.

10. Plaintiff has applied for and has been delayed/denied housing opportunities, including but not limited to, a housing opportunity with Colonial Village at Twin Lakes around February 2020. Plaintiff has been informed that the basis for these delays/denials was the inaccurate information that appears on Plaintiff's consumer report with Defendant and that the inaccurate information was a substantial factor for those delays/denials.

11. As a result of Defendant's conduct, Plaintiff has suffered actual damages in the form of delayed housing opportunity, harm to reputation, emotional distress, including anxiety, frustration, humiliation and embarrassment.

12. At all times pertinent hereto, Defendant was acting by and through its agents, servants and/or employees who were acting within the course and scope of

their agency or employment, and under the direct supervision and control of the Defendant herein.

13. At all times pertinent hereto, the conduct of the Defendant as well as that of its agents, servants and/or employees, was intentional, willful, reckless, negligent, and in grossly negligent disregard for federal and state laws and the rights of the Plaintiff herein.

## CLAIMS
## COUNT I - FCRA

14. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

15. At all times pertinent hereto, Defendant was a "person" and a "consumer reporting agency" as those terms are defined by 15 U.S.C. §§ 1681a(b) and (f).

16. At all times pertinent hereto, the Plaintiff was a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

17. At all times pertinent hereto, the above-mentioned background report was a "consumer report" as that term is defined by 15 U.S.C. § 1681a(d).

18. Pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o, Defendant is liable to Plaintiff for willfully and negligently failing to comply with the

requirements imposed on a consumer reporting agency pursuant to 15 U.S.C. § 1681e(b).

19. The conduct of Defendant was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, actual damages and harm to the Plaintiff outlined more fully above and, as a result, Defendant is liable to the Plaintiff for the full amount of statutory, actual and punitive damages, along with the attorney's fees and the costs of litigation, as well as such further relief, as may be permitted by law.

## JURY TRIAL DEMAND

20. Plaintiff demands trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff seeks judgment in Plaintiff's favor and damages against Defendant, for the following requested relief:

A. Actual damages;

B. Statutory damages;

C. Punitive damages;

D. Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§ 1681n and 1681o; and

E.     Such other and further relief as may be necessary, just and proper.

Respectfully submitted,

By: */s/Stephanie R. Tatar*
    Stephanie Tatar
    TATAR LAW FIRM, APC
    3500 West Olive Avenue, Suite 300
    Burbank, CA 91505
    Telephone: (323) 744-1146
    Facsimile: (888) 778-5695
    Attorney for Plaintiff

Dated: February 20, 2020